# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nashville Division ▾

| | |
|---|---|
| Jevonte Dantzler, individually and on behalf of similarly situated persons | Case No. 3:23-cv-00310 |
| v.<br>A. MURGAS LLC, and ANTONIO C. MURGAS, | Judge William L. Campbell, Jr. ▾ |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Katherine Serrano hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff, Jevonte Dantzler.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.      I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court.

2.      I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

3.      I have not been found in contempt by any court or tribunal, except as provided below:

4.      I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7.      I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

William B. Ryan
1545 Union Avenue Memphis, TN 38104
(901) 278-1004
Email: billy@donatilaw.com

8.      I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.      By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Katherine Serrano _____ Signature

Name: Katherine Serrano

State where admitted and State Bar Number: Texas Bar No. 24110764

Business Address: 400 North Saint Paul Street, Suite 700, Dallas, TX 75201 ·

Local Address [if different from above]:

Phone: 214-2100-2100

Email: kserrano@foresterhaynie.com

<h2 align="center">CERTIFICATE OF SERVICE</h2>

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that a copy of the foregoing has been delivered to the following persons via the Court's electronic filing system, or other appropriate means on this 7th day of August 2023:

Heather Gwinn Pabon
Samantha C. Gerken
Gordon & Rees Scully Mansukhani LLP (Nashville)
4031 Aspen Grove Drive Suite 290 Franklin, TN 37067
(615) 772-9010
(615) 772-9014
hgwinn@grsm.com
sgerken@grsm.com
Attorney for Defendants

Daniel Mark Nolan
Suzanne Marsh Pearson
Batson Nolan PLC
2675 Townsend Court Suite A Clarksville, TN 37043
(931) 647-1501
dmnolan@batsonnolan.com
sgmarsh@batsonnolan.com
Attorney for Defendants

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]