IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JEVONTE DANTZLER, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>A. MURGAS LLC, and ANTONIO C. MURGAS,<br><br>Defendants. | CIVIL ACTION NO. 3:23-CV-00310<br>JURY DEMAND<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## DEFENDANTS' MOTION TO STAY

COME NOW, Defendants A. Murgas LLC and Antonio C. Murgas and hereby move this Court for a stay of this matter, including discovery, until this Court rules on Defendants' pending Motion to Compel Arbitration (Docket Entry No. 21). In support of its Motion, Defendants submit the accompanying Memorandum of Law.

**WHEREFORE**, Defendants respectfully request this Court enter an order staying this matter, including discovery.

DATED: August 14, 2023

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Heather Gwinn*
Heather Gwinn, BPR 25931
Samantha Gerken, BPR 33582
4031 Aspen Grove Drive, Suite 290
Franklin, Tennessee 37067
Phone: (615) 772-9010

1

hgwinn@grsm.com
sgerken@grsm.com
*Attorneys for Defendants Antonio Murgas and A. Murgas LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 14, 2023, a true and correct copy of the foregoing document was filed and served electronically on all counsel of record, whom are indicated below, via CM/ECF:

Jesse H. Forester
Forster Haynie, PLLC
1701 N. Market Street, Suite 201
Dallas, TX 75202
(214) 210-2100
jay@foresterhaynie.com

William B. Ryan
1545 Union Avenue
Memphis, TN 38104
(901) 278-1004
billy@donatilaw.com

*Attorneys for Plaintiff*

Mark Nolan
Suzanne G. Marsh
Batson Nolan PLC
121 South Third Street
Clarksville, TN 37040
(931) 647-1501
dmnolan@batsonnolan.com
sgmarsh@batsonnolan.com

*Attorneys for Defendant Antonio C. Murgas*

Signed: */s/ Nicole Canter*
Nicole Canter, Assistant to Heather Gwinn