IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEVONTE DANTZLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-cv-00310 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| A. MURGAS LLC, and ANTONIO C. ) | MAGISTRATE JUDGE HOLMES |
| MURGAS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 45). Accordingly, the case is administratively closed. On or before October 16, 2024, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice on October 16, 2024.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE